| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO, CSBN 44332<br>   United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>   Assistant United States Attorney<br>3  Chief, Civil Division<br>   ILA C. DEISS, NY SBN 3052909<br>4  Assistant United States Attorney | *E-FILED 10/27/08* |

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

| | |
|---|---|
| 12  CHUNDI CHERING SHERPA,            )<br>                                     )  No. C 08-4055 RS<br>13              Plaintiff,            )<br>                                     )<br>14         v.                         )  **STIPULATION TO DISMISS AND**<br>                                     )  **[PROPOSED] ORDER**<br>15  LORI SCIALABBA, Director, USCIS  )<br>    Refugee, Asylum & International   )<br>16  Operations (RAIO) Directorate;    )<br>    EMILIA BARDINI, Director, USCIS - )<br>17  Asylum Office San Francisco;      )<br>    MICHAEL MUKASEY, U.S. Attorney General, )<br>18                                   )<br>              Defendants.            )<br>19  _____) | |

20      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

21  Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

22  conduct any and all further proceedings in the case, including trial, and order the entry of a final

23  judgment.

24      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

25  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

26  of the adjudication of Plaintiff's asylum application (Form I-589).

27  ///

28
    Stipulation to Dismiss
    C08-4055 RS                            1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: October 22, 2008      Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

8 | Dated: October 22, 2008      _____/s/_____
THERESIA C. SANDHU
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 27, 2008

RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-4055 RS      2